Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| VALLEY EQUITIES, LLC | § | Case No. 2:20-15688 BB |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 788,080.77

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 143,448.73

---

3) Total gross receipts of $ 1,070,419.37  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 138,889.87  (see **Exhibit 2**), yielded net receipts of $ 931,529.50  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 617,914.00 | $ 800,405.47 | $ 784,151.07 | $ 784,151.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 127,291.69 | 127,291.69 | 127,291.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 16,157.04 | 16,157.04 | 16,157.04 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,471.53 | 3,471.53 | 3,471.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 196,223.00 | 451.22 | 451.22 | 458.17 |
| **TOTAL DISBURSEMENTS** | $ 814,137.00 | $ 947,776.95 | $ 931,522.55 | $ 931,529.50 |

4) This case was originally filed under chapter 11 on  06/24/2020 , and it was converted to chapter 7 on  11/09/2020 .  The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2021                    By:/s/JASON M. RUND, TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 444 N. H SREETT, SAN BERNARDINO | 1110-000 | 1,070,299.37 |
| FINANCIAL ACCOUNTS - DEBTOR IN POSSESSION ACCOUNTS | 1229-000 | 120.00 |
| TOTAL GROSS RECEIPTS | | $1,070,419.37 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VALLEY EQUITIES, LLC | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 138,889.87 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 138,889.87 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lorbeer Enterprises, LP 5320 E 2nd Street Long Beach, CA 90803 | | 617,914.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LORBEER ENTERPRISES L.P. | 4110-000 | NA | -532.35 | -532.35 | -532.35 |
| | Lorbeer Enterprises, L.P. | 4110-000 | NA | 672,146.74 | 672,146.74 | 672,146.74 |
| | A & A Escrow Services, Inc. | 4120-000 | NA | 31.84 | 31.84 | 31.84 |
| | City of San Bernardino | 4120-000 | NA | 100,637.85 | 100,637.85 | 100,637.85 |
| 000002 | COUNTY OF SAN BERNARDINO | 4700-000 | NA | 16,254.40 | 0.00 | 0.00 |
| | County of San Bernardino | 4700-000 | NA | 11,866.99 | 11,866.99 | 11,866.99 |
| TOTAL SECURED CLAIMS | | | $ 617,914.00 | $ 800,405.47 | $ 784,151.07 | $ 784,151.07 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JASON M. RUND | 2100-000 | NA | 49,826.48 | 49,826.48 | 49,826.48 |
| TRUSTEE EXPENSES:JASON M. RUND | 2200-000 | NA | 175.85 | 175.85 | 175.85 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 198.57 | 198.57 | 198.57 |
| A & A Escrow Services, Inc. | 2500-000 | NA | 1,845.00 | 1,845.00 | 1,845.00 |
| First American Title Company | 2500-000 | NA | 2,469.00 | 2,469.00 | 2,469.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| My NHD, Inc. | 2500-000 | NA | 89.95 | 89.95 | 89.95 |
| AXOS BANK | 2600-000 | NA | 701.85 | 701.85 | 701.85 |
| County of San Bernardino | 2820-000 | NA | 1,177.00 | 1,177.00 | 1,177.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 852.02 | 852.02 | 852.02 |
| U.S. TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):DANNING, GILL, ISRAEL & KRASNOFF | 3210-000 | NA | 7,528.00 | 7,528.00 | 7,528.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):DANNING, GILL, ISRAEL & KRASNOFF | 3220-000 | NA | 104.47 | 104.47 | 104.47 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 2,565.00 | 2,565.00 | 2,565.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 258.50 | 258.50 | 258.50 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):Lee & Associates Commercial | 3510-000 | NA | 26,750.00 | 26,750.00 | 26,750.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):OCAP Real Estate & Financial | 3510-000 | NA | 32,100.00 | 32,100.00 | 32,100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 127,291.69 | $ 127,291.69 | $ 127,291.69 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): DANNING, GILL, ISRAEL & KRASNOFF | 6210-000 | NA | 15,676.00 | 15,676.00 | 15,676.00 |
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP EXPENSES (OTHER FIRM): DANNING, GILL, ISRAEL & KRASNOFF | 6220-000 | NA | 481.04 | 481.04 | 481.04 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 16,157.04 | $ 16,157.04 | $ 16,157.04 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | FRANCHISE TAX BOARD | 5800-000 | NA | 3,471.53 | 3,471.53 | 3,471.53 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,471.53 | $ 3,471.53 | $ 3,471.53 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Built Construction 9700 Amboy Avenue Pacolma, CA 91331 | | 183,723.00 | NA | NA | 0.00 |
| | City of San Bernardino 290 North D Street San Bernardino, CA 92401 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Ben Ellenberg 3600 Lime Street, Suite 125 Riverside, CA 92501 | | 12,500.00 | NA | NA | 0.00 |
| 000001B | FRANCHISE TAX BOARD | 7300-000 | NA | 451.22 | 451.22 | 451.22 |
| | FRANCHISE TAX BOARD | 7990-000 | NA | NA | NA | 6.95 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 196,223.00 | $ 451.22 | $ 451.22 | $ 458.17 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 2:20-15688   BB   Judge: SHERI BLUEBOND |
| Case Name: | VALLEY EQUITIES, LLC |
| | |
| For Period Ending: | 03/31/22 |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/09/20 (c) |
| 341(a) Meeting Date: | 12/03/20 |
| Claims Bar Date: | 02/16/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 444 N. H SREETT, SAN BERNARDINO<br><br>THE H STREET PROPERTY IS A ONE-STORY INDUSTRIAL BUILDING CONSISTING OF APPROXIMATELY 12,000 SQUARE FEET IN THE CITY OF SAN BERNARDINO. THE PROPERTY WAS DISCLOSED IN THE DEBTOR'S BANKRUPTCY SCHEDULES WITH A CURRENT MARKET VALUE OF $900,000.00 AND SUBJECT TO A NOTE SECURED BY A DEED OF TRUST WITH AN UNPAID BALANCE OF $617,914.<br><br>THE TRUSTEE INVESTIGATED THE VALUE OF THE H STREET PROPERTY ALONG WITH THE LIENS BURDENING THE PROPERTY.  COUNSEL FOR THE LORBEER ENTERPRISES LP, THE CREDITOR HOLDING THE NOTE SECURED BY THE FIRST PRIORITY DEED OF TRUST INFORMED THE TRUSTEE THAT THE UNPAID BALANCE AS OF SEPTEMBER 30, 2020 WAS $645,635.62, PLUS A PER DIEM AMOUNT OF $111.23 OF INTEREST ACCRUING EACH DAY THEREAFTER. THE TRUSTEE HAS ALSO CONSIDERED THE COSTS OF SALE AND POTENTIAL CAPITAL GAINS TAXES.  BASED ON THE TRUSTEE'S EVALUATION OF THE PROPERTY AND IN HIS BUSINESS JUDGMENT, HE  DETERMINED THAT BY SELLING THE PROPERTY EQUITY CAN BE REALIZED FOR THE BENEFIT OF CREDITORS.<br><br>THE DEBTOR DOES NOT HAVE INSURANCE ON THE PROPERTY.  THE TRUSTEE CONFIRMED WITH COUNSEL FOR LORBEER ENTERPRISES LP ON SEPTEMBER 30, 2020 THAT THE SECURED CREDITOR OBTAINED INSURANCE ON THE PROPERTY. | 900,000.00 | 220,000.00 | | 1,070,299.37 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 22.03d

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | VALLEY EQUITIES, LLC | Date Filed (f) or Converted (c): | 11/09/20 (c) |
| | | 341(a) Meeting Date: | 12/03/20 |
| | | Claims Bar Date: | 02/16/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PETITION RECORDED OCTOBER 1, 2020.  TRUSTEE RETAINED LEE & ASSOCIATES COMMERCIAL REAL ESTATE SERVICES, INC. - RIVERSIDE AS HIS REAL ESTATE BROKER.  ORDER APPROVING EMPLOYMENT ENTERED NOVEMBER 9, 2020.  MOTION FOR ORDER APPROVING SALE FILED NOVEMBER 3, 2020  ORDER APPROVING SALE ENTERED DECEMBER 7, 2020  THE TRUSTEE'S REPORT OF SALE WAS FILED ON DECEMBER 22, 2020 [DOCKET NO. 94]. | | | | | |
| 2. FINANCIAL ACCOUNTS - DEBTOR IN POSSESSION ACCOUNTS (u)  DEBTOR DID NOT HAVE ANY PRE-PETITION BANK ACCOUNTS.  THE DEBTOR ESTATBLISHED THREE DEBTOR IN POSSESSION ACCOUNTS AT WELLS FARGO BANK WITH $40.00 EACH.  TRUSTEE REQUESTED TURNOVER OF THE ACCOUNTS. | 0.00 | 120.00 | | 120.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $900,000.00 | $220,120.00 | | $1,070,419.37 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | VALLEY EQUITIES, LLC | Date Filed (f) or Converted (c): | 11/09/20 (c) |
| | | 341(a) Meeting Date: | 12/03/20 |
| | | Claims Bar Date: | 02/16/21 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLOSING SUMMARY:

Case Background:

This case was originally commenced under Chapter 11 on June 24, 2020 ("Petition Date").  On September 18, 2020 [Docket 45], the court entered its Order directing appointment of a Chapter 11 Trustee and in response to the Court's order the United States Trustee appointed Jason M. Rund.  The order approving the appointment was entered on September 29, 2020, [Docket 51].  On the Trustee's motion, the case was converted to Chapter 7 by order entered November 9, 2020 [Docket 76], and Jason Rund was also appointed as the Chapter 7 Trustee.

Assets Administered:

The Debtor's schedules reflect that, as of the Petition Date, the Debtor owned real property located at 444 North H Street, San Bernardino, California (the "Property").  The Property is improved with a 12,000 square foot vacant industrial building.  The building was not occupied, did not have tenant or any other source of income.  Significant components, including the main electrical and sub-electrical panels, plumbing fixtures and air conditioning compressors had been removed.  The windows to the Property where boarded and some exterior doors not functional.  The Trustee discovered that these conditions in addition to other substandard conditions at the Property resulted in the City of San Bernardino recording a Notice of Noncompliance - Substandard Building on April 30, 2019.  The Debtor did not correct the violations or pay any of the civil penalties.

The bankruptcy appears to have been precipitated by an impending foreclosure by the holder of the first priority trust deed.  According to the Debtor's schedules, the Property is encumbered by a lien in favor of Lorbeer Enterprises, LP ("Lorbeer"), securing a claim of approximately $620,000. There are also liens for unpaid real property taxes (approximately $5,800) and a lien in favor of the City/Town of San Bernardino for approximately $640.00.

The Trustee investigated the value of the Property along with the liens burdening the Property.  The Trustee also considered the costs of sale and potential capital gains taxes.  Based on the Trustee's evaluation of the Property and in his business judgment, he determined that by selling the Property equity can be realized for the benefit of creditors.

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | VALLEY EQUITIES, LLC | Date Filed (f) or Converted (c): | 11/09/20 (c) |
| | | 341(a) Meeting Date: | 12/03/20 |
| | | Claims Bar Date: | 02/16/21 |

The Trustee consulted with several real estate brokers in connection with his investigation of the property value.  The
Trustee determined that Lee & Associates Commercial Real Estate Services, Inc - Riverside ("Lee & Associates") would best
represent the marketing of the Property.  Trustee learned that Lee & Associates was previously retained by the Debtor
to market and sell the Property pursuant to an Exclusive Authorization To Sell and/or Lease entered into July 22, 2019.
The Debtor's listing agreement with Lee & Associates expired but agent, Rocky Moran, continued to try to locate a
suitable buyer for the Property.  On October 21, 2020, the Trustee filed an application to employ Lee & Associates
[Docket 61] which was approved pursuant to the court's order entered November 9, 2020 [Docket 77].

In October 2020, an offer for the Property in the amount of $1,070,000.00 was received. On November 3, 2020, Trustee's
Motion for Order Authorizing the Sell of Real Property was filed ("Sale Motion") [Docket 66].  On December 2, 2020, the
Court conducted a hearing on the Trustee's Motion to Sell and no overbids were received.  The order approving the sale
was entered December 7, 2020 [Docket 90]. Trustee's Report of Sale was filed on December 22, 2020 [Docket 94].

Debtor did not have any pre-petition bank accounts or financial records. Trustee identified and requested turnover of
debtor-in-possession accounts.  Debtor opened three debtor-in-possession bank accounts with Wells Fargo Bank.  The
amount turned over was $120.00.

Claim Issues:

The trustee reviewed the claims filed and did not encounter any claims issues in the administration of this bankruptcy
estate.  There were two unsecured claims that were not filed.  A claim was scheduled for the Law Offices of Ben
Eilenberg for $12,500.  Benjamin Eilenberg may have at one time been the Chief Operating Officer for a separate company
affiliated with the principals of the debtor.  Mr. Eilenberg did not file a claim and according to his profile on the
State Bar of California website he was determined not eligible to practice law since March 2020 and has not returned to
active status.  Mr. Eilenberg participated in the bankruptcy and decided not to file proof of claim.  The second claim
related to contracting services by Built Construction for $183,723.  The Trustee made numerous attempts to communicate
with Built Construction which included: (1) phone messages and texts to the number identified on the State of
California, Contractors Board website; (2) emails and phone messages to contact information identified on a public
records report; (3) attempting to communicate thru Yelp; and (4) contacting a person via Yelp who left a review for
Built Construction to ascertain current contact information.  Despite these efforts, the Trustee was not able to
establish communication.  Given the condition of the building, the Trustee is somewhat skeptical whether work in the
amount listed in the schedules was actually performed.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND | |
| Case Name: | VALLEY EQUITIES, LLC | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/09/20 (c) |
| 341(a) Meeting Date: | 12/03/20 |
| Claims Bar Date: | 02/16/21 |

Tax Issues:

The necessary "informational tax returns" have been filed for 2020.  The administrative tax claim filed by the Franchise
Tax Board is provided for in the Trustee's proposed distribution and will be paid at closing.  The taxing authorities
do not accept prompt determination requests because the debtor was a limited liability company.  The Internal Revenue
Service does not issue clearance letters for "pass through" entities.

Professionals:

The Trustee determined, in his reasonable business judgment, that the issues involving the Property warranted obtaining
legal counsel.  The Trustee retained Danning, Gill, Israel & Krasnoff, LLP as his general bankruptcy counsel and an
Order Authorizing Employment was entered on November 6, 2020 effective September 29, 2020 [Docket No. 72]. The final fee
application is docket number 112.

The Trustee also retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant.  The Order
Authorizing Employment was entered February 17, 2021 [Docket No. 104].  The final fee application is docket number 113.

Distribution to Creditors:

The trustee's administration of this estate is resulting in a 100.2% dividend to the creditors with filed claims.  This
is presently a surplus estate and interest on the proposed distribution was calculated from the petition date through
June 17, 2021 using the Federal Reserve 1- year Treasury constant maturity which was 0.18% for the week ending June 19,
2020.  The interest rate is rounded to 0.2% in the Trustee's Final Report but does not impact the calculation.

Trustee's Fee:

The Trustee respectfully requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be
allowed in the amount of $49,826.48.  The requested fee is calculated based on using the calculation for a surplus case
as follows:

TRUSTEE'S FEE = [(Y+5,750-50,000)(0.05) ÷ 0.95] + 5,750

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 6

Exhibit 8

| | |
|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND |
| Case Name: | VALLEY EQUITIES, LLC |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/09/20 (c) |
| 341(a) Meeting Date: | 12/03/20 |
| Claims Bar Date: | 02/16/21 |

Y=

| | |
|---|---|
| PREVIOUS DISBURSEMENTS | $  849,482.44 |
| PAYMENTS WITH INTEREST TO CREDITORS | $      3,929.70 |
| PAYMENTS TO ALL PROFESSIONALS | $    26,613.01 |
| TRUSTEE'S EXPENSES | $        175.85 |
| BANKRUPTCY COURT CHARGES/UST FEES | $        650.00 |
| OTHER PROPOSED DISBURSEMENTS | $        852.02 |

TOTAL Y     $  881,703.02

TO CALCULATE:

TAKE Y AND ADD 5,750

$ 881,703.02

+   5,750.00

$ 887,453.02

TAKE THE FIGURE YOU GET AND SUBTRACT 50,000

$ 887,453.02

-    50,000.00

$ 837,453.02

MULTIPLY THIS FIGURE BY 0.05

$ 837,453.02

x 0.05

$  41,872.65

DIVIDE THIS FIGURE BY 0.95

$41,872.65

/0.95

| | |
|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND |
| Case Name: | VALLEY EQUITIES, LLC |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/09/20 (c) |
| 341(a) Meeting Date: | 12/03/20 |
| Claims Bar Date: | 02/16/21 |

$44,076.48

THEN ADD 5,750.00

$ 44,076.48

+  5,750.00

TRUSTEE'S FEE:  $49,826.48

Bank Service Fees:

Pursuant to General Order 11-02, the Trustee has incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $701.85.  The Trustee seeks approval of this amount pursuant to 11 U.S.C. § 330.

Expenses:

The Trustee is requesting the nominal sum of $175.85 for photocopies, postage and recording the bankruptcy petition.

ASSETS NOT INCLUDED ON FORM 1:

Pursuant to the Instructions for Form 1, all property not administered by the prior trustee or debtor in possession is included on Form 1.  No assets were administered during the Chapter 11 phase of the case.  Therefore, all assets of the bankruptcy estate are accounted for on this Form 1.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2021:

All assets have been fully administered.  Please refer to asset number 1 for a detailed description.  Case converted from Chapter 11 to Chapter 7 on November 9, 2020.  The conversion order authorized the continued employment of the trustee's professionals.  Jason Rund was appointed Chapter 7 Trustee on Nvoember 9, 2020.

The Trustee retained Danning, Gill, Israel, Krasnoff as general counsel in connection with the issues associated with selling the property.  The Order authorizing employment was entered November 6, 2020.  The Trustee also retained Hahn

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No: | 2:20-15688    BB    Judge: SHERI BLUEBOND |
| Case Name: | VALLEY EQUITIES, LLC |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/09/20 (c) |
| 341(a) Meeting Date: | 12/03/20 |
| Claims Bar Date: | 02/16/21 |

Fife & Company, LLP as accountant to prepare the necessary informational tax returns and the order authorizing employment was entered February 27, 2021.  The Trustee does not anticipate that tax issues or claim issues will delay closing.  The Trustee will submit his final report once the deadline for filing requests for Chapter 11 administrative expenses passes which is on March 25, 2021 for general administrative creditors and May 10, 2021 for governmental entities.

Initial Projected Date of Final Report (TFR): 05/31/22        Current Projected Date of Final Report (TFR): 05/31/22

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 2:20-15688 -BB |
|---|---|
| Case Name: | VALLEY EQUITIES, LLC |
| Taxpayer ID No: | *******2042 |
| For Period Ending: | 03/31/22 |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0665 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/20 | | A & A Escrow Services, Inc. | Net escrow proceeds | | 221,185.00 | | 221,185.00 |
| | | (Trust Account) | | | | | |
| | | 415 N. Crescent Drive, Suite 320 | | | | | |
| | | Beverly Hills, CA 90210 | | | | | |
| | 1 | A & A ESCROW SERVICES, INC. | Memo Amount:      1,070,000.00 | 1110-000 | | | |
| | | | Gross sales/consideration per | | | | |
| | | | closing statement | | | | |
| | 1 | | Memo Amount:      299.37 | 1110-000 | | | |
| | | | County of Los Angeles Taxes | | | | |
| | | | Proration of first half county taxes from December 21, | | | | |
| | | | 2020 through January 1, 2021. | | | | |
| | | | Memo Amount:    (    580,000.00 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of principal balance to holder of Deed of | | | | |
| | | | Trust secured by property. | | | | |
| | | | Memo Amount:    (    41,712.33 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of interest to holder of Deed of Trust secured | | | | |
| | | | by property from November 22, 2019 to November | | | | |
| | | | 30, 2020. | | | | |
| | | | Memo Amount:    (    2,447.06 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of interest to holder of Deed of Trust secured | | | | |
| | | | by property from November 30, 2020 to December | | | | |
| | | | 22, 2020. | | | | |
| | | | Memo Amount:    (    2,881.25 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of post petition insurance to holder of Deed | | | | |
| | | | of Trust secured by property.  Maintaing insurance is | | | | |

| | | | Page Subtotals | 221,185.00 | 0.00 | |
|---|---|---|---|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 2:20-15688  -BB | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | VALLEY EQUITIES, LLC | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2042 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | part of the obligation secured by the real property. | | | | |
| | | | Memo Amount:      (      6,465.55 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Foreclosure fees paid to Deed of Trust secured by property.  Maintaining insurance is part of the obligation secured by the real property. | | | | |
| | | | Memo Amount:      (      50.00 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of office costs (certified mail, etc) to holder of Deed of Trust secured by property. | | | | |
| | | | Memo Amount:      (      26,647.60 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of attorney fees incurred by holder of Deed of Trust secured by property.  Attorney's fees are part of the obligation secured by the real property. | | | | |
| | | | Memo Amount:      (      11,942.95 ) | 4110-000 | | | |
| | | | Lorbeer Enterprises, L.P. | | | | |
| | | | Payment of attorney fees incurred by holder of Deed of Trust secured by property.  Attorney's fees are part of the obligation secured by the real property. | | | | |
| | | | Memo Amount:      (      100,000.00 ) | 4120-000 | | | |
| | | | City of San Bernardino | | | | |
| | | | administrative civil penalties program. Notice of Non-Compliance - Substandard Building recorded by City of San Bernardino. | | | | |
| | | | Memo Amount:      (      637.85 ) | 4120-000 | | | |
| | | | City of San Bernardino | | | | |
| | | | administrative civil penalties program. Lien recorded City of San Bernardino for nuisance abatement. | | | | |
| | | | Memo Amount:      (      26,750.00 ) | 3510-000 | | | |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

Ver: 22.03d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 2:20-15688  -BB | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | VALLEY EQUITIES, LLC | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2042 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Lee & Associates Commercial | | | | |
| | | | Real Estate Services, Inc. | | | | |
| | | | Listing broker commission | | | | |
| | | | Memo Amount:    (      32,100.00 ) | 3510-000 | | | |
| | | | OCAP Real Estate & Financial | | | | |
| | | | Selling broker commission | | | | |
| | | | Memo Amount:    (      89.95 ) | 2500-000 | | | |
| | | | My NHD, Inc. | | | | |
| | | | Natural hazards disclosure report | | | | |
| | | | Memo Amount:    (      31.84 ) | 4120-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | Reimbursement for City of San Bernardino lien | | | | |
| | | | demand paid to holder of involuntary lien. | | | | |
| | | | Memo Amount:    (      2,268.00 ) | 2500-000 | | | |
| | | | First American Title Company | | | | |
| | | | Owner's Title Insurance | | | | |
| | | | Memo Amount:    (      65.00 ) | 2500-000 | | | |
| | | | First American Title Company | | | | |
| | | | Sub-escrow fee | | | | |
| | | | Memo Amount:    (      60.00 ) | 2500-000 | | | |
| | | | First American Title Company | | | | |
| | | | Wire fee | | | | |
| | | | Memo Amount:    (      37.00 ) | 2500-000 | | | |
| | | | First American Title Company | | | | |
| | | | Recording reconveyance | | | | |
| | | | Memo Amount:    (      39.00 ) | 2500-000 | | | |
| | | | First American Title Company | | | | |
| | | | Recording court order approving sale | | | | |
| | | | Memo Amount:    (      1,177.00 ) | 2820-000 | | | |
| | | | County of San Bernardino | | | | |

|  |  | Page Subtotals | 0.00 | 0.00 |  |
|---|---|---|---|---|---|

Ver: 22.03d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 2:20-15688 -BB |
|---|---|
| Case Name: | VALLEY EQUITIES, LLC |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0665  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******2042 |
|---|---|
| For Period Ending: | 03/31/22 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Documentary transfer tax | | | | |
| | | | Memo Amount:    (    5,927.46 ) | 4700-000 | | | |
| | | | County of San Bernardino | | | | |
| | | | First half property taxes 2020-2021 plus penalty.  Tax year July 1, 2020 through June 30, 2021 and became on lien on January 1 preceding the fiscal year which was pre-petition. | | | | |
| | | | Memo Amount:    (    5,939.53 ) | 4700-000 | | | |
| | | | County of San Bernardino | | | | |
| | | | Delinquent taxes prior to current fiscal year which are reflected in the prior entry which became a lien pre-petition. | | | | |
| | | | Memo Amount:    (    1,605.00 ) | 2500-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | Escrow fee | | | | |
| | | | Memo Amount:    (    75.00 ) | 2500-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | 1099 processing fee | | | | |
| | | | Memo Amount:    (    75.00 ) | 2500-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | Document preparation fee | | | | |
| | | | Memo Amount:    (    40.00 ) | 2500-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | Messenger/delivery fees | | | | |
| | | | Memo Amount:    (    50.00 ) | 2500-000 | | | |
| | | | A & A Escrow Services, Inc. | | | | |
| | | | File archive fee | | | | |
| 01/04/21 | 2 | Wells Fargo Bank P.O. Box 5131, N9777-112 OFC Siox Falls, SD 57117-5131 | Turnover of DIP Account # 1195 | 1229-000 | 40.00 | | 221,225.00 |

| | | Page Subtotals | 40.00 | 0.00 | |
|---|---|---|---|---|---|

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:          2:20-15688  -BB

Case Name:     VALLEY EQUITIES, LLC

Taxpayer ID No:   *******2042

For Period Ending:  03/31/22

Trustee Name:        JASON M. RUND, TRUSTEE

Bank Name:           AXOS BANK

Account Number / CD #:    *******0665  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/04/21 | 2 | Wells Fargo Bank<br>P.O. Box 5131, N9777-112 OFC<br>Siox Falls, SD 57117-5131 | Turnover of DIP Account # 1187 | 1229-000 | 40.00 | | 221,265.00 |
| 01/04/21 | 2 | Wells Fargo Bank<br>P.O. Box 5131, N9777-112 OFC<br>Siox Falls, SD 57117-5131 | Turnover of DIP Account # 1120 | 1229-000 | 40.00 | | 221,305.00 |
| 01/22/21 | 002001 | International Sureties, LTD<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Payment. Bond Number 016229730<br>Issued pursuant to Local Bankruptcy Rule 2016-2(c) | 2300-000 | | 198.57 | 221,106.43 |
| 01/28/21 | | Lorbeer Enterprises L.P.<br>5320 E. 2nd Street, Suite 9<br>Long Beach, CA 90803 | Refund from secured creditor<br>for adjustment re legal and foreclosure fees.  Since<br>this is a refund the deposit is treated as a<br>non-compensable negative disbursement. | 4110-000 | | -532.35 | 221,638.78 |
| 03/03/21 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 221.03 | 221,417.75 |
| 04/02/21 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 244.49 | 221,173.26 |
| 05/03/21 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 236.33 | 220,936.93 |
| 08/19/21 | 002002 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA  90245 | Chapter 7 Compensation/Fees | 2100-000 | | 49,826.48 | 171,110.45 |
| 08/19/21 | 002003 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA  90245 | Chapter 7 Expenses | 2200-000 | | 175.85 | 170,934.60 |
| 08/19/21 | 002004 | U.S. Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Claim 000003, Payment 100.00000%<br>(3-1) FEES UNDER CHAPTER 123 OF<br>TITLE 28, UNITED STATES CODE | 2950-000 | | 650.00 | 170,284.60 |
| 08/19/21 | 002005 | Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 | Attorney Fees | 3210-000 | | 7,528.00 | 162,756.60 |
| 08/19/21 | 002006 | Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450 | Attorney Expenses | 3220-000 | | 104.47 | 162,652.13 |

Page Subtotals            80.00            58,652.87

Ver: 22.03d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | | |
|---|---|---|
| Case No: | 2:20-15688 -BB | |
| Case Name: | VALLEY EQUITIES, LLC | |

| | |
|---|---|
| Taxpayer ID No: | *******2042 |
| For Period Ending: | 03/31/22 |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0665  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Los Angeles, CA 90067 | | | | | |
| 08/19/21 | 002007 | HAHN FIFE & COMPANY LLP | Accountant's Fees | 3410-000 | | 2,565.00 | 160,087.13 |
| | | Donald T. Fife, CPA | | | | | |
| | | 790 East Colorado Blvd., 9th Floor | | | | | |
| | | Pasadena, CA 91101 | | | | | |
| 08/19/21 | 002008 | HAHN FIFE & COMPANY LLP | Accountant's Expenses | 3420-000 | | 258.50 | 159,828.63 |
| | | Donald T. Fife, CPA | | | | | |
| | | 790 East Colorado Blvd., 9th Floor | | | | | |
| | | Pasadena, CA 91101 | | | | | |
| 08/19/21 | 002009 | Danning, Gill, Israel & Krasnoff, LLP | Attorneys Fees | 6210-000 | | 15,676.00 | 144,152.63 |
| | | 1901 Avenue of the Stars, Suite 450 | | | | | |
| | | Los Angeles, CA 90067 | | | | | |
| 08/19/21 | 002010 | Danning, Gill, Israel & Krasnoff, LLP | Attorneys Expenses | 6220-000 | | 481.04 | 143,671.59 |
| | | 1901 Avenue of the Stars, Suite 450 | | | | | |
| | | Los Angeles, CA 90067 | | | | | |
| 08/19/21 | 002011 | FRANCHISE TAX BOARD | Claim 000004, Payment 100.00000% | 2820-000 | | 852.02 | 142,819.57 |
| | | BANKRUPTCY SECTION MS A340 | | | | | |
| | | PO BOX 2952 | | | | | |
| | | SACRAMENTO, CA 95812-2952 | | | | | |
| 08/19/21 | 002012 | FRANCHISE TAX BOARD | Claim 000001A, Payment 100.17716% | | | 3,477.68 | 139,341.89 |
| | | BANKRUPTCY SECTION MS A340 | (1-1) CLAIM FILED | | | | |
| | | PO BOX 2952 | | | | | |
| | | SACRAMENTO CA 95812-2952 | | | | | |
| | | | Claim        3,471.53 | 5800-000 | | | |
| | | | Interest        6.15 | 7990-000 | | | |
| 08/19/21 | 002013 | FRANCHISE TAX BOARD | Claim 000001B, Payment 100.17730% | | | 452.02 | 138,889.87 |
| | | BANKRUPTCY SECTION MS A340 | | | | | |
| | | PO BOX 2952 | | | | | |
| | | SACRAMENTO CA 95812-2952 | | | | | |
| | | | Claim        451.22 | 7300-000 | | | |

Page Subtotals                    0.00          23,762.26

Ver: 22.03d

FORM 2                                                                                                          Page:   7
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 2:20-15688 -BB | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | VALLEY EQUITIES, LLC | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2042 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/21 | 002014 | VALLEY EQUITIES, LLC 15332 ANTIOCH STREET SUITE 144 PACIFIC PALISADES, CA 90272 | Interest        0.80 Surplus Funds | 7990-000 8200-002 | | 138,889.87 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,070,299.37 | COLUMN TOTALS | | 221,305.00 | 221,305.00 | 0.00 |
| Memo Allocation Disbursements: | 849,114.37 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Memo Allocation Net: | 221,185.00 | Subtotal | | 221,305.00 | 221,305.00 | |
| | | Less: Payments to Debtors | | | 138,889.87 | |
| | | Net | | 221,305.00 | 82,415.13 | |
| Total Allocation Receipts: | 1,070,299.37 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 849,114.37 | Checking Account (Non-Interest Earn - *******0665 | 221,305.00 | 82,415.13 | 0.00 |
| Total Memo Allocation Net: | 221,185.00 | | 221,305.00 | 82,415.13 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                        0.00              138,889.87

Ver: 22.03d
LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 22)*